██ KATHLEEN A. HOLTZ, as Administratrix of the Estate of RANDALL HOLTZ, Deceased, Respondent, v E & E DRILLING AND TESTING COMPANY, INC., Appellant, et al., Defendants. (Appeal No. 2.)—Appeal unanimously dismissed without costs (see, *Matter of Jones v Marcy*, 135 AD2d 887). (Appeal from order of Supreme Court, Erie County, Fudeman, J.—renewal.) Present —Callahan, J. P., Denman, Green, Balio and Lawton, JJ.

██ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM REED, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted (see, *People v Crawford*, 71 AD2d 38). (Appeal from judgment of Onondaga County Court, Cunningham, J.—attempted burglary, third degree.) Present—Boomer, J. P., Green, Pine, Lawton and Davis, JJ.

██ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALPHONSO NEWSOME, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted (see, *People v Crawford*, 71 AD2d 38). (Appeal from judgment of Supreme Court, Monroe County, Mark, J.—criminal possession of stolen property, fourth degree.) Present—Boomer, J. P., Green, Pine, Lawton and Davis, JJ.